UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

KEVIN BURKOFF CANTWELL, )
as plaintiff ad litem for the Estate of )
CHARLOTTE ANN CUNNINGHAM )
 )
 )
Plaintiff, )
 )
v. ) Case No. 4:15cv1642 SNLJ
 )
METLIFE AUTO & HOME, )
 )
Defendant. )

## MEMORANDUM AND ORDER

This matter is before the Court on review of the file. This District's Local Rule 83-12.01 states

> The bar of this Court consists of those attorneys who have been granted admission upon satisfaction of the requirements for admission to practice before this Court prescribed by the rules in force at the time of their application for admission. Except as otherwise provided in this rule, only attorneys enrolled pursuant to the rules of this Court or duly admitted pro hac vice may file pleadings, appear, or practice in this Court.

Plaintiff's counsel is not admitted to practice before this Court. On December 4, 2015, the Clerk sent counsel a letter citing this Court's local rule requiring that attorneys who live or regularly practice within the Eastern District of Missouri apply for admission to appear before the Court (#12). Counsel of record has not applied for admission, nor has other counsel entered an appearance on behalf of plaintiff. Defendant filed a motion to dismiss has been on December 4, 2015, and plaintiff has not responded.

1

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff be represented as required by this Court's Local Rule 83-12.01 no later than February 23, 2016.

**Failure to abide by this Court's order will result in dismissal without prejudice for failure to prosecute**.

Dated this 17th day of February, 2016.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE